**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

SALOMON GIRAL PIEDRA,

Petitioner,

v. CIVIL ACTION NO. 3:26-0689

DAVID VENTURELLA,
Acting Director, United States Immigration and Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is Petitioner Salomon Giral Piedra's Motion for an Order to Show Cause (ECF No. 6).

On October 29, 2026, the Court issued an Order to Show Cause directing, in part, that "Respondents SHALL NOT remove or facilitate the removal of Petitioner and/or their property from the Southern District of West Virginia pending further order of the Court." ECF No. 5, at 2. Petitioner's counsel alleges that it is "extremely likely that Petitioner was still at the Poca office at the time the Order to Show Cause was served, and likely that Petitioner was still at the Poca office after Counsel for Respondents acknowledged service." ECF No. 6, at 2.

Yet, Petitioner's counsel continues, "[w]ithout being so much as afforded his court-ordered attorney call, Petitioner was transported away from Poca, WV" and was likely in the Western District of Pennsylvania at the time the Motion was filed. *Id.* Petitioner requests that the Court order Petitioner's return and impose sanctions on Respondents if they try to incarcerate Petitioner outside of the Southern District of West Virginia. *Id.* at 3. Petitioner also requests the Court to order Respondents to show cause for why they should not be held in contempt and consider additional sanctions as appropriate. *Id.*

The Court **ORDERS** Respondents to file a Response to Petitioner's Motion for an Order to Show Cause (ECF No. 6) **on or before Monday, November 2 at 5:00 p.m.** In the Response to Petitioner's Motion for an Order to Show Cause (ECF No. 6), the Court **DIRECTS** Respondents to include the timelines for when Respondents received service of the Court's Order to Show Cause (ECF No. 5) and when Petitioner was transported from the Southern District of West Virginia.

Respondents have previously justified their decisions to transport detainees out of the Southern District of West Virginia by claiming that "ICE ERO lacks the ability to house detainees in the district." *See Alonzo Portillo v. Venutrella*, No. 3:26-cv-00543, ECF No. 10, at 4 n.5.

The Court also **ORDERS** Respondents to provide an affidavit in its Response to Petitioner's Motion for an Order to Show Cause (ECF No. 6), from an immigration officer with personal knowledge, explaining why it was necessary for Petitioner, and detainees more generally, to be transported to the Moshannon Valley Processing Center in the Western District of Pennsylvania instead of being housed in the Southern District of West Virginia.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: October 30, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE