**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

SALOMON GIRAL PIEDRA,

Petitioner,

v. CIVIL ACTION NO. 3:26-0689

DAVID VENTURELLA,
Acting Director, United States Immigration and Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is a Motion to Modify Release Order, requesting that Respondents promptly release Petitioner at his current place of detention no later than today. ECF No. 11. Petitioner states that because Petitioner is not requesting to be transported by Respondents, it would be appropriate for the release timeframe to be modified such that Respondents are required to release Petitioner today.

Accordingly, the Court modifies its prior Order, ECF No. 10, to state the following:

The Court **ORDERS** Respondents to **PROMPTLY RELEASE** Petitioner **Salomon Giral Piedra** for pickup at his current place of detention **AS SOON AS POSSIBLE Today, November 2, 2026**, but in any event, no later than Tuesday, November 3, 2026, at 3:00 p.m.

The Court **ORDERS** Respondents to facilitate the prompt return of all property seized incident to Petitioner's detention, including legal documents. Respondents shall file a notice of compliance with the Court.

The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioner under 8 U.S.C. § 1225 and are **PROHIBITED** from re-arresting and detaining Petitioner under 8 U.S.C. § 1226(a) absent notice, a reasonable opportunity to obtain counsel, and a constitutionally adequate custody determination hearing before a neutral and detached decisionmaker. Respondents are **PERMANENTLY ENJOINED** from imposing any conditions or restraints on Petitioner's liberty (including but not limited to an ankle monitor, curfew, or electronic monitoring) without an individualized assessment of the need for such restraints and a pre-deprivation hearing before a neutral and detached decisionmaker.

The Hearing previously scheduled for Thursday, November 5, 2026 is **CANCELED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 2, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE