**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

SALOMON GIRAL PIEDRA,

Petitioner,

v. CIVIL ACTION NO. 3:26-0689

DAVID VENTURELLA,
Acting Director, United States Immigration and Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

On October 29, Petitioner Salomon Giral Piedra filed a Motion for an Order to Show Cause. ECF No. 6. On October 30, the Court issued an Order Directing Respondents to Respond to the Motion. ECF No. 7. On November 2, Respondents filed their Response. ECF No. 14.

The Court **ORDERS** Petitioner to file a Reply to the Motion for an Order to Show Cause (ECF No. 6) **on or before Wednesday, November 4 at 9:00 a.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: November 3, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE