**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

SALOMON GIRAL PIEDRA,

Petitioner,

v. CIVIL ACTION NO. 3:26-0689

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is Petitioner Salomon Giral Piedra's unopposed Motion for an Extension of Time to File a Reply Brief (ECF No. 16).

Upon review, the Court **GRANTS** the Motion. Accordingly, the Court **ORDERS** Petitioner to file a Reply to the Motion for an Order to Show Cause (ECF No. 6) **on or before Thursday, November 5 at 9:00 a.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: November 4, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE